IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00986-RPM-KMT

CASSANDRA TORRES,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED:   June 1, 2010

                       BY THE COURT:

                       s/Richard P. Matsch
                       _____
                       Richard P. Matsch, Senior Judge